930

No. 82-1568.  BROWNE ET AL. *v.* MCDONNELL DOUGLAS CORP.  C. A. 9th Cir.  Certiorari denied.

No. 82-1572.  NEELY *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 82-1574.  NEW YORK *v.* COHEN.  Ct. App. N. Y. Certiorari denied.

No. 82-1575.  WARE *v.* KING, SECRETARY, DEPARTMENT OF CORRECTION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82-1576.  AMERICAN COLLEGE OF OTORHINOLARYNGOLOGISTS, FORMERLY KNOWN AS AMERICAN BOARD OF OTORHINOLARYNGOLOGY *v.* AMERICAN BOARD OF OTOLARYNGOLOGY.  C. A. 2d Cir.  Certiorari denied.

No. 82-1583.  S/S COVE RANGER ET AL. *v.* ST. GEORGE PACKING CO., INC.  C. A. 11th Cir.  Certiorari denied.

No. 82-1599.  CITY OF ST. LOUIS ET AL. *v.* FIREFIGHTERS INSTITUTE FOR RACIAL EQUALITY ET AL.  C. A. 8th Cir. Certiorari denied.

No. 82-1609.  LONG *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82-1611.  NEW ORLEANS STEAMBOAT CO. ET AL. *v.* M/T EXXON BALTIMORE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82-1612.  AHMED *v.* ENVIRONMENTAL PROTECTION AGENCY.  C. A. D. C. Cir.  Certiorari denied.